# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *    *
J.C. DRISKILL, INC.,                           *
                                               *
                    Plaintiff,                 *
          v.                                   *
                                               *          No. 15-975C
UNITED STATES,                                 *          Filed:  September 12, 2016
                                               *
                    Defendant.                 *
                                               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *    *
```

## O R D E R

The court is in receipt of plaintiff's September 9, 2016 Notice of Voluntary Dismissal Without Prejudice. Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims (2016), the court **ORDERS** that the above-captioned case be **DISMISSED** without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**